UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FREDDIE TOOKS-DILWORTH,<br><br>    Defendant. | No. CR 09-505 JSW<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT<br><br>DATE:    July 9, 2009<br>TIME:    2:30 p.m.<br>COURT:   Hon. Jeffrey S. White |

Upon consideration of the joint request by the parties for exclusion of time during the hearing conducted on June 18, 2009, and good cause appearing therefor,

THE COURT HEREBY FINDS, upon consideration of the attorneys' needs to effectively prepare the matter, taking into account the exercise of due diligence, that the ends of justice served by a continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS THE ORDER OF THE COURT, that the time from June 18, 2009, up to and including July 9, 2009, shall be excluded from the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A).

SO ORDERED, this __9th__ day of __July__, 2009.

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA